# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 359 EAL 2021 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| WILLIAM JACKSON, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 360 EAL 2021 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| WILLIAM JACKSON, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.